[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 24-13974

Non-Argument Calendar

————————————

KELLY WEDDLE,

Plaintiff-Appellant,

*versus*

DOCTOR BRADY HUDSON,

Defendant-Appellee.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:24-cv-01560-JSS-EJK

————————————

Before GRANT, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Kelly Weddle, proceeding *pro se*, appeals from a magistrate judge's order denying his motion to proceed *in forma pauperis* ("IFP"). A jurisdictional question asked the parties to address whether that order is immediately appealable.

The district judge in this case has not ruled on the IFP issue or otherwise rendered the magistrate judge's order final. We thus lack jurisdiction over this appeal. *See* 28 U.S.C. § 1291 (providing that the courts of appeals have jurisdiction over "appeals from all final decisions of the district courts"); *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980) (holding, under 28 U.S.C. § 636(b), that "[a]ppeals from [a] magistrate's ruling must be to the district court"); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982) (explaining that such decisions "are not final and may not be appealed until rendered final by a district court").

Accordingly, this appeal is DISMISSED. All pending motions are DENIED as moot.